**Order entered February 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

Appellant is representing himself pro se in these appeals. Before the Court is appellant's January 25, 2019 letter which we shall construe as a motion for extension of time to file his brief. We **GRANT** appellant's motion to the extent we **ORDER** his brief due thirty days from the date of this order. Appellant is reminded that he is required to provide the Court with any new address "within ten (10) days of the date of the change." *See* 5TH TEX. APP. (DALLAS) LOC. R. 2.

We **DIRECT** the Clerk to send a copy of this order to John Seay, #19015064, 3-B-12, P.O. Box 951, Tucson, AZ 85702.

/s/     LANA MYERS
        JUSTICE